THE STATE OF OHIO, APPELLEE, *v.* BRUCE, APPELLANT.

[Cite as *State v. Bruce,* 123 Ohio St.3d 464, 2009-Ohio-6090.]

(No. 2009–0844—Submitted August 11, 2009—Decided November 24, 2009.)

{¶ 1} The discretionary appeal is accepted on Proposition of Law No. I.

{¶ 2} The judgment of the court of appeals is affirmed on the authority of *State v. Hunter,* 123 Ohio St.3d 164, 2009-Ohio-4147, 915 N.E.2d 292.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

William D. Mason, Cuyahoga County Prosecuting Attorney, and T. Allan Regas, Assistant Prosecuting Attorney, for appellee.

Robert L. Tobik, Cuyahoga County Public Defender, and Paul A. Kuzmins, Assistant Public Defender, for appellant.